UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-42110 |
| | ) | |
| GRAHAM, KARLA D. | ) | Judge Kay Woods |
| | ) | |
| Debtor | ) | Chapter 7 |

**MOTION FOR AUTHORITY TO ASSUME LAND CONTRACT**
**FOR THE SALE OF 338 CHESTNUT WARREN OHIO**

NOW COMES Mark A. Beatrice, Chapter 7 Trustee, by and through his counsel in the above-captioned proceeding, and moves this Court pursuant to 11 U.S.C. §363(b) for an Order allowing him to close the sale and transfer certain real property of the Debtor herein. As grounds for this Motion, Movant states as follows:

1. Movant is the duly appointed, qualified and acting Chapter 7 Trustee in this bankruptcy case created by Debtor, KARLA D. GRAHAM filing her petition herein on August 29, 2012.

2. At the time of filing, Debtor owned commercial real property known as 338 Chestnut Street, Warren, Ohio also known as Trumbull County Parcel number 38-431900 (the "Property"), which is further described in Exhibit A attached hereto.

3. The Property was subject to the Land Installment Contract with Forever Two Wheelz LLC ("Vendee") for its purchase thereof for the price of $11,000. A copy of this Contract is attached hereto as Exhibit A.

4. During the pendency of this case to date, the Vendee has paid Movant the payments due under the Contract. The monthly payments are scheduled to continue until the Contract is fully paid on April 1, 2016, and may be prepaid at any time.

5. Movant is entitled to and elects to formally assume this Contract. If fully paid during the pendency of this case, Movant seeks authority to execute his Fiduciary Deed and pay

{M0295833.1 }

the title costs and closing costs to complete the transfer of the Property in accordance with the Contract.

WHEREFORE, Movant Mark A. Beatrice, Trustee, prays that this Court enter an Order authorizing Movant to assume the Contract and receive the payment pursuant to the same, and if fully paid, do all other things required to carry out and complete the sale of this Property, including but not limited to executing a deed, pay the closing costs, and perform any other necessary and incidental matters required to transfer the Property pursuant to the Contract.

Respectfully submitted,

/s/ Mark A. Beatrice,
Mark A. Beatrice, Esq.    (#0011003)
Manchester, Bennett, Powers & Ullman, LPA
201 East Commerce Street, Level Two
Youngstown, Ohio 44503-1641
Ph: (330) 743-1171; Fax: (330) 743-1190

## CERTIFICATE OF SERVICE

I certify that on April 2, 2013, a true and correct copy of the foregoing MOTION was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Timothy F. George at timgeorge@timgeorglaw.com
 (Debtor's Counsel)

Office of the U.S. Trustee at designated address at usdoj.gov

And by regular U.S. Mail, postage prepaid, on:

Karla D. Graham
759 Portage Easterly Road
Cortland OH 44410
 (Debtor)

See attached list of creditors.

/s/ Mark A. Beatrice, Trustee

{M0295833.1}
2

12-42110-kw    Doc 26    FILED 04/02/13    ENTERED 04/02/13 09:44:23    Page 2 of 3

| | | |
|---|---|---|
| PETER ROSSI & SON MEMORIAL CHAPEL<br>c/o Anthony G. Rossi<br>P. O. Box 4270<br>Warren, OH 44482 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | DISCOVER BANK<br>db Servicing Corporation<br>P. O. Box 3025<br>New Albany, OH 43054-3025 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | CITIBANK, N.A.<br>c/o American InfoSource, LP<br>P. O. Box 248840<br>Oklahoma City, OK 73124-8840 | |
| Karla D. Graham<br>759 Portage Easterly Road<br>Cortland, OH 44410 | | |